UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
          United States of America,

                                                  Notice of Adjournment
                                                      of Sentencing
                -against-

                                                  7:19-CR-00576 (CS)

             Albert Smith,
                                     Defendant(s).
-------------------------------------------------------------X

The Sentencing previously scheduled before this Court for **May 28, 2020 at 10:00 a.m.** is adjourned to **July 14, 2020 at 11:00 a.m.** in Courtroom 621 of the United States District Courthouse, 300 Quarropas Street, White Plains, New York 10601.

                                        /s/ Walter Clark, Courtroom Deputy

Dated: May 22, 2020
        White Plains, New York