115 Broadway, Suite 1704<br>
New York, NY 10006<br>
212.264.9940<br>
Fax 212.898.1187<br>
neil@checkmanlaw.com

LAW OFFICES OF NEIL B. CHECKMAN

August 12, 2020

Hon. Cathy Seibel
United States District Judge
Southern District of New York
300 Quarropus Street
White Plains, NY 10601
**By email and ECF**

*Application granted. The Clerk of Court is respectfully directed to terminate Docs. 29, 31, and 32.*

*SO ORDERED.*

*[signature] Cathy Seibel    08/12/2020*

*CATHY SEIBEL, U.S.D.J.*

Re: **United States v. Albert Smith,
    S-1   19 Cr. 576 (CS)**

Dear Judge Seibel:

   In light of A.U.S.A. Brumwell's email and my review of Albert Smith's medical records, I am withdrawing my letter motion (Docket No. 31), without prejudice to our right to renew the application should Mr. Smith's medical issues require the Court's future assistance.

   We thank the Court for its assistance.

Very truly yours,

Neil B. Checkman

/NBC
cc: Mr. Albert Smith (By regular mail)
    A.U.S.A. Christopher Brumwell (By email and ECF)