115 Broadway, Suite 1704
New York, NY 10006
212.264.9940
Fax 212.898.1187
neil@checkmanlaw.com

LAW OFFICES OF NEIL B. CHECKMAN

February 14, 2021

Hon. Cathy Seibel
United States District Judge
Southern District of New York
300 Quarropus Street
White Plains, NY 10601
**By ECF and email**

Re: United States v. Albert Smith
19 Cr. 576 (CS)

Dear Judge Seibel:

    I have been informed by the CJA clerk that I will need to attach a new order re-appointing me to represent Albert Smith on his Compassionate Release Application, which the Court denied in an Order dated February 8, 2021.

    Accordingly, counsel requests that the Court, by Memorandum-Endorsing this letter application, re-appoint me *nunc pro tunc* to December 28, 2020, when I began working on this application.

    I thank the Court for taking the time to consider this application.

Very truly yours,

Neil B. Checkman

/NBC

Mr. Checkman is reappointed to assist Mr. Smith with an application under 18 USC 3582(c)(1)(A), *nunc pro tunc* to 12/28/20.

SO ORDERED.

Cathy Seibel        2/16/21
CATHY SEIBEL, U.S.D.J.